

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 3, 2020

**BY ECF AND EMAIL**
Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:     United States v. Quincy Williams, 11 Cr. 500 (KMK)

Dear Judge Karas:

The Court scheduled a conference for the above-referenced defendant for March 5, 2020. The parties continue to discuss a potential disposition of this case, but have not yet reached a resolution. The Government and defense counsel respectfully request an adjournment of the conference date for 30 days.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Benjamin A. Gianforti
Assistant United States Attorney
(914) 993-1919

Cc:    Joseph Vita, Esq. (by email)

Granted.
The Conference is moved to April 16, 2020, at 12:00

So Ordered.
KMK
3/4/20