**LAW OFFICES OF**

# KOFFSKY & FELSEN, LLC
**1150 BEDFORD STREET**
**STAMFORD, CONNECTICUT 06905**
(203) 327-1500
FACSIMILE (203) 327-7660



June 4, 2020

**Via ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   **United States v. Quincy Williams**
      **7:11CR500 (KMK)**

Dear Judge Karas:

On or about April 6, 2020, the undersigned was informed that appointed counsel for Mr. Quincy Williams had notified the Court that counsel needed to take some personal time and that as a result, appointed counsel would not be able to represent Mr. Williams. To assure Mr. Williams' uninterrupted 6th Amendment rights, I filed an appearance on Mr. Williams' behalf. I have now been informed that previously appointed counsel has resumed his role as Mr. Williams' legal counsel and is prepared to see this matter through to its conclusion.

Therefore, undersigned respectfully moves to withdraw his appearance for Mr. Quincy Williams as the defendant is ably represented by appointed counsel.

Respectfully submitted

\_\_/s/ *Bruce D. Koffsky*\_\_
Bruce D. Koffsky

cc:   All Counsel of Record via ECF

SO ORDERED

KENNETH M. KARAS U.S.D.J.

6/4/2020